**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **ARMANDO CASAS** | § | |
| | § | |
| | § | **CIVIL ACTION NO. _______** |
| | § | |
| **V.** | § | **JURY DEMANDED** |
| | § | |
| **BROADWAY ELECTRIC SERVICE** | § | |
| **CORPORATION AND HUNTER** | § | |
| **COLE BRIDGES** | § | |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW BROADWAY ELECTRIC SERVICE CORPORATION and HUNTER COLE BRIDGES, Petitioners herein, and pursuant to Rule 15, Federal Rules of Civil Procedure, and 28 U.S.C. Sections 1441 and 1331, file this Notice of Removal, and in connection therewith would respectfully show the Court the following:

**I.**

Petitioners are the Defendants who have been served in a civil action now pending in the 107th Judicial District Court in Cameron County, Texas, Cause Number 2019-DCL-01662-A, styled ***Armando Casas v. Broadway Electric Service Corporation and Hunter Cole Bridges,*** wherein Plaintiff seeks monetary relief for personal injuries allegedly sustained by Plaintiff as a result of an automobile accident. Plaintiff has specifically stated he seeks monetary relief in excess of $75,001.00 in his pleadings. Plaintiff's suit was filed on March 18, 2019.

**II.**

The district courts of the United States have original jurisdiction over this action based on diversity of citizenship among the parties, in that the Defendants are diverse in citizenship from the

Plaintiff. No defendant is a citizen of the State of Texas.

III.

The Plaintiff, Armando Casas, is domiciled in Cameron County, in the State of Texas, and was domiciled there at the time this action was commenced. Plaintiff was at the time, and is now, a citizen of the State of Texas. Broadway Electric Service Corporation, one of the Defendants, is a corporation incorporated under the laws of the State of Tennessee, having its principal place of business now, and at the time this action was commenced, in the State of Tennessee. Defendant Hunter Cole Bridges is an individual who resides in the State of Tennessee. Defendants are now, and were at the time this action was commenced, citizens of the State of Tennessee and of no other state.

IV.

The amount in controversy in this action exceeds, exclusive of interests and costs, the sum of seventy-five thousand dollars ($75,000.00). Should Plaintiff prevail on the claims against Defendants stated in the Plaintiff's Original petition, attached to this Notice, Plaintiff would be entitled to damages in excess of seventy-five thousand dollars ($75,000.00).

V.

Removal of this action is proper under 28 U.S.C. §1441, since it is a civil action brought in a state court, and the federal district courts have original jurisdiction over the subject matter under 28 U.S.C. §1332 because the Plaintiff and Defendants are diverse in citizenship and the amount in controversy exceeds seventy-five thousand dollars ($75,000.00).

VI.

This notice of removal is being filed within thirty (30) days after receipt by Petitioner of Plaintiff's Original Petition. This removal is filed under 28 U.S.C. Section 1446(b).

**VII.**

Petitioners' time to answer or remove with respect to the Plaintiff's Original Petition has not expired. Plaintiff's Original Petition was served on the Defendant BESCO on March 27, 2019 and Defendant Bridges was served on March 26, 2019.

**VIII.**

Both Defendants join in the filing of this Notice of Removal, and consent to the same.

**IX.**

This action is one over which this Court has original jurisdiction under the provisions of 28 U.S.C. Section 1331, and this action may be removed to this Court by Petitioners pursuant to the provisions of 28 U.S.C. Section 1441. Copies of all pleadings including the docket sheet on file with the State Court are attached hereto.

**X.**

Defendants have made written demand for a jury trial in their Original Answer.

**XI.**

WHEREFORE, BROADWAY ELECTRIC SERVICE CORPORATION and HUNTER COLE BRIDGES, Defendants in this action, pursuant to these statutes and in conformance with the requirements set forth in 28 U.S.C. §1446, remove this action for trial from the 107th Judicial District Court in Cameron County, Texas to this Court.

Respectfully submitted,

**ROERIG, OLIVEIRA, & FISHER, L.L.P.**
10225 N. 10th St.
McAllen, Texas 78504
(956) 393-6300
(956) 386-1625 (Fax)

BY: *___/s/ David M. Roerig___*
David M. Roerig
Federal ID 915786
State Bar # 24060513
ATTORNEYS FOR DEFENDANTS

**VERIFICATION**

THE STATE :
:
OF TEXAS :

I, DAVID M. ROERIG, being first duly sworn, deposes and says that: I am counsel for Petitioners, BROADWAY ELECTRIC SERVICE CORPORATION and HUNTER COLE BRIDGES herein; I am familiar with the contents of the above; and to the best of my knowledge the contents thereof are true and correct.

DAVID M. ROERIG

SUBSCRIBED AND SWORN TO BEFORE ME by the said David M. Roerig, this 17th day of April 2019, to certify which witness my hand and seal of office.

CHERYL ALDEN
My Notary ID # 11346126
Expires March 14, 2023
NOTARY PUBLIC STATE OF TEXAS

Notary Public, State of Texas

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and correct copy of the foregoing Notice of Removal has been eserved, to the Attorneys for Plaintiff, as follows:

Malorie Peacock
Robert M. Disque
COWEN RODRIGUEZ PEACOCK
6243 IH 10 West, Suite 801
San Antonio, Texas
efilings@cowenlaw.com
robert@cowenlaw.com
malorie@cowenlaw.com

Alexander M. Begun
BEGUM LAW GROUP, LLP
2401 Wild Flower, Suite B
Brownsville, Texas 78526
abegum@texaslawgroup.com

on this 18th day of April 2019.

*/s/ David M. Roerig*
DAVID M. ROERIG